UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHUN LAFRE GOODWIN,<br><br>Plaintiff,<br><br>v.<br><br>THE CALIFORNIA DEPARTMENT OF INSURANCE and MELINDA DAVIS,<br><br>Defendants. | Case No. 1:23-cv-00346-HBK<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2) |

Plaintiff proceeds in this civil action *pro se*. (Doc. No. 1). Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2). Plaintiff's declarations in the motion satisfies the requirements under § 1915. The Court will screen plaintiff's pro se complaint in due course before ordering service.

Accordingly, it is **ORDERED**:

Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

Dated:   April 19, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE