1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11    DUCHUN LAFRE GOODWIN,                    Case No.  1:23-cv-00346-JLT-HBK

12                Plaintiff,                   ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS
13           v.
                                               (Doc. 7)
14    CALIFORNIA DEPT OF INSURANCE,

15                Defendant.

16

17          The plaintiff has failed to maintain a current address with the court. Consequently, the

18    Magistrate Judge has recommended that the Court dismiss this action. (Doc. 7.) Plaintiff has not

19    filed objections. The Court has conducted a careful and comprehensive de novo review of this

20    entire case file. 28 U.S.C. § 636(b)(1)(C). The Court finds the Findings and Recommendations

21    are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

22          1.  The Findings and Recommendations, filed on August 24, 2023 (Doc. 7), is adopted in

23    full and the action is **DISMISSED**.

24
      IT IS SO ORDERED.
25

26        Dated:   **September 8, 2023**

27                                                     UNITED STATES DISTRICT JUDGE

28